UNITED STATES DISTRICT COURT  **PRIORITY SEND**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 08-3261-JFW (RZx)**                                                Date: February 5, 2009

Title:   In Re Downey Securities Litigation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION MOTION OF DEFENDANT MAURICE L. MCALISTER TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT AND JOINDER IN MOTIONS TO DISMISS FILED BY DEFENDANTS DANIEL D. ROSENTHAL AND BRIAN E. COTE [filed 12/15/08, Docket No. 43];

ORDER TAKING UNDER SUBMISSION MOTION OF DEFENDANT DANIEL D. ROSENTHAL TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT AND JOINDER IN MOTIONS TO DISMISS FILED BY DEFENDANTS MAURICE L. MCALISTER AND BRIAN E. COTE [filed 12/15/08, Docket No. 45]; and

ORDER TAKING UNDER SUBMISSION MOTION OF DEFENDANT BRIAN E. COTE TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT AND JOINDER IN MOTIONS TO DISMISS FILED BY DEFENDANTS MAURICE L. MCALISTER AND DANIEL D. ROSENTHAL [filed 12/15/08, Docket No. 47]

    Defendant Maurice L. McAlister's Motion to Dismiss First Amended Consolidated Complaint and Joinder in Motions to Dismiss Filed by Defendants Daniel D. Rosenthal and Brian E. Cote, Defendant Daniel D. Rosenthal's Motion to Dismiss First Amended Consolidated Complaint and Joinder in Motions to Dismiss Filed by Defendants Maurice L. McAlister and Brian E. Cote, and

Defendant Brian E. Cote's Motion to Dismiss First Amended Consolidated Complaint and Joinder in Motions to Dismiss Filed by Defendants Maurice L. McAlister and Daniel D. Rosenthal are currently on calendar for February 9, 2009, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for February 9, 2009, is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.

    The Clerk shall serve this Minute Order on all parties to the action.