UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Downey Securities Litigation | Case No. **CV 08-3261-JFW (RZx)**<br><br>**JUDGMENT** |

The Court, having granted Defendants Maurice L. McAlister, Daniel D. Rosenthal, and Brian E. Cote's (collectively, "Individual Defendants") motion to dismiss with prejudice for the reasons set forth in the Court's Minute Order dated August 21, 2009, and having determined that there is no just reason for delay in entering judgment as to these Individual Defendants,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff shall recover nothing from any of the Individual Defendants;

2.  The Individual Defendants shall have judgment in their favor on Plaintiff's entire action; and

    3.   The Individual Defendants shall recover from Plaintiff their costs of suit in the sum of $_____$.

    The Clerk is ordered to enter this Judgment.

Dated: August 27, 2009

                                       JOHN F. WALTER  
                             UNITED STATES DISTRICT JUDGE